# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01425-DDD-MEH

THE ESTATE OF JON L. BOGUE, an Estate of a Deceased Individual, and
VICKI L. McCORKLE, the Executrix of the Estate of Jon L. Bogue,

    Plaintiffs,

v.

PATRICK S. ADAMS, an Individual,
SHARON E. ADAMS, an Individual,
JON ALAN FAVRE, an Individual,
SINH T. LY, an Individual,
RICHARD J. PRATI, SR., an Individual,
CHOICE INVESTMENT MANAGEMENT, LLC, a Colorado Limited Liability Company,
CHOICE CAPITAL MANAGEMENT, LLC, a Colorado Limited Liability Company,
CIM SECURITIES, LLC, a Colorado Limited Liability Company, and
PVG ASSET MANAGEMENT CORPORATION, a Colorado Corporation.

    Defendants.

## PARTIES' JOINT STATUS REPORT

Plaintiffs, The Estate of Jon L. Bogue, and Vicki L. McCorkle, in her capacity as the Executrix of the Estate (collectively "Plaintiffs") and Defendants Patrick S. Adams, Sharon E. Adams, Sinh T. Ly, Richard J. Prati, Sr., Choice Investment Management, LLC, Choice Capital Management, LLC, CIM Securities, LLC, PVG Asset Management Corporation, and John Alan Favre (collectively "Parties"), hereby submit their Joint Status Report as ordered by the Court's April 5, 2021 Order [Dkt. No. 229].

The Court's Order directs "on or before April 19, 2021, the parties shall file a Joint Status Report not to exceed 1,400 words, identifying (1) the prospects for settlement on Defendants'

remaining counterclaim; (2) three mutually agreeable alternative dates for trial to commence in October or November 2021, and the anticipated length of trial; and (3) any other issues the parties wish to bring to the courts attention.

The Parties have begun discussions about resolving the remaining counterclaim in this case but have yet to reach an agreement. If an agreement is reached, the Parties will alert the Court.

The Parties are available for trial starting October 11 and November 1 and 8.

Plaintiffs wish to bring to the Court's attention that, of the four motions the District Court ruled upon in the Order, they are presently working to complete briefing for a Motion for Relief Pursuant to Fed. R. Civ. P. 60(b) as to (a) the Adams Defendants' Rule 72(b) Objection to Magistrate Recommendation [Dkt. No. 226]; (b) Defendants' Motion for Summary Judgment and Brief in Support [Dkt. No. 129]; and (c) the Adams Defendants' Motion for Summary Judgment on Counterclaim for Declaratory Judgment [Dkt. No. 185]. However, given Plaintiffs' counsel has trial commencing in Arapahoe County, Colorado, District Court, on April 26, 2021, Plaintiffs may need to seek additional time from the Court within which to file the foregoing motion.

WHEREFORE, the Parties respectfully submit the requested Joint Status Report.

DATED this 19th day of April, 2021.

*s/ James Nicholas Thomaidis*
James Nicholas Thomaidis
Gersh & Thomaidis, LLC
1860 Blake Street, Suite 610
Denver, CO  80202
jt@gtattorneys.com
*Attorneys for Plaintiffs The Estate of Jon L. Bogue and Vicki L. McCorkle, in her capacity as the Executrix of the Estate of Jon L. Bogue*

*s/ Stephen E. Csajaghy*
Stephen E. Csajaghy
Marisa B. Hudson-Arney
Condit Csajaghy LLC
695 S. Colorado Blvd., Suite 270
Denver, CO  80246
Telephone: 720-287-6602
steve@cclawcolorado.com
marisa@cclawcolorado.com
*Attorney for Defendants Patrick S. Adams, Sharon E. Adams, Sinh T. Ly, Richard J. Prati, Sr., Joseph N. Pecoraro, Jr., Choice Investment Management, LLC, Choice Capital Management, LLC, CIM Securities, LLC and PVG Asset Management Corporation*

*s/ Jeffrey Thomas*
Jeffrey Thomas
Thomas Law LLC
3773 Cherry Creek North Dr, Suite 600
Denver, CO 80209
jthomas@thomaslawllc.com
*Counsel for Defendant John Alan Favre*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 19th day of April, 2021, I served the foregoing **PARTIES' JOINT STATUS REPORT** via electronic mail on the following counsel:

| | |
|---|---|
| James Nicholas Thomaidis | Jeffrey R. Thomas |
| Gersh & Thomaidis, LLC | Thomas Law LLC |
| 1860 Blake Street, Suite 610 | 3773 Cherry Creek North Dr, Suite 600 |
| Denver, CO 80202 | Denver, CO 80209 |
| jt@gtattorneys.com | jthomas@thomaslawllc.com |
| Counsel for Plaintiffs | Counsel for Defendant John Alan Favre |

*Trish Schart*
s/Trish Schart