IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01425-DDD-MEH

THE ESTATE OF JON L. BOGUE, and
VICKI L. MCCORKLE, the Executrix of the Estate of Jon L. Bogue,

      Plaintiffs and Counter Defendants,

v.

JOHN ALAN FAVRE,

      Defendant,

PATRICK S. ADAMS,
SHARON E. ADAMS,
SINH T. LY,
RICHARD J. PRATI, SR.,
CHOICE INVESTMENT MANAGEMENT, LLC,
CHOICE CAPITAL MANAGEMENT, LLC,
CIM SECURITIES, LLC, and
PVG ASSET MANAGEMENT CORPORATION,

      Defendants and Counter Claimants.

---

## FINAL JUDGMENT

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a), the Order [ECF No. 229], filed on April 5, 2021, the Order to Show Cause [ECF No. 277] filed on December, 31, 2021, and the Order Dismissing Pending Motions [ECF No. 290] filed December 1, 2022, entered by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is

1

ORDERED that judgment is hereby entered in favor of Defendants and against the Plaintiffs. It is

FURTHER ORDERED that judgment is entered in favor of the Plaintiffs and against the Counter Claimants. It is

FURTHER ORDERED that the case is closed.


DATED at Denver, Colorado this 2nd day of December, 2022.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


s/ K. Myhaver
K. Myhaver,
Deputy Clerk