IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01425-DDD-MEH

THE ESTATE OF JON L. BOGUE, an Estate of a Deceased Individual, and
VICKI L. McCORKLE, the Executrix of The Estate of Jon L. Bogue;

      Plaintiffs and Counterclaim Defendants,

v.

PATRICK S. ADAMS, an Individual,
SHARON E. ADAMS, an Individual,
JOHN ALAN FAVRE, an Individual,
SINH T. LY, an Individual,
RICHARD J. PRATI, SR., an Individual,
CHOICE INVESTMENT MANAGEMENT, LLC, a Colorado Limited Liability Company,
CHOICE CAPITAL MANAGEMENT, LLC, a Colorado Limited Liability Company,
CIM SECURITIES, LLC, a Colorado Limited Liability Company, and
PVG ASSET MANAGEMENT CORPORATION, a Colorado Corporation;

      Defendants and Counter Claimants.

---

# ORDER

---

**Michael E. Hegarty, United States Magistrate Judge.**

For good cause shown, the Court hereby **grants** Plaintiffs' "Unopposed Motion for an Order of the Court to Edward Jones for the Release of Funds to Deposit into the Registry of the Court." ECF 337. It is hereby **ordered** that Edward Jones and Co. shall sell assets in the amount of $21,500.00 from Account # XXX-XX535-1-5 and release this sum to Vicki McCorkle, which will then be loaned to the Estate of Jon L. Bogue and deposited into the Registry of the Court.

Dated at Denver, Colorado, this 2nd day of August, 2023.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge