IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01425-DDD-MEH

THE ESTATE OF JON L. BOGUE, an Estate of a Deceased Individual, and
VICKI L. McCORKLE, the Executrix of the Estate of Jon L. Bogue,

    Plaintiffs and Counter Defendants,

v.

PATRICK S. ADAMS, an Individual,
SHARON E. ADAMS, an Individual,
JON ALAN FAVRE, an Individual,
SINH T. LY, an Individual,
RICHARD J. PRATI, SR., an Individual,
CHOICE INVESTMENT MANAGEMENT, LLC, a Colorado Limited Liability Company,
CHOICE CAPITAL MANAGEMENT, LLC, a Colorado Limited Liability Company,
CIM SECURITIES, LLC, a Colorado Limited Liability Company, and
PVG ASSET MANAGEMENT CORPORATION, a Colorado Corporation.

    Defendants and Counter Claimants.

---

### DEFENDANTS/JUDGMENT CREDITORS' MOTION TO FILE RESTRICTED DOCUMENT

---

Defendants/Judgment Creditors Patrick S. Adams, Sharon E. Adams, Sinh T. Ly, Richard J. Prati, Sr., Choice Investment Management, LLC, Choice Capital Management, LLC, CIM Securities, LLC and PVG Asset Management Corporation (collectively "Judgment Creditors"), pursuant to D.C.COLO.L.CivR 7.2, respectfully file this Motion for Leave to Restrict PVG Asset Management Corporation's W-9, which is required to accompany the Proposed Order Directing Disbursement of Funds from the Court Registry be filed under restricted access when the disbursement of interest is more than $10.00. [Motion for Disbursement of Funds, Doc. 353].

In support, Judgment Creditors request PVG Asset Management Corporation's W-9 be filed under level 2 restriction. Pursuant to D.C.COLO.L.CivR 67.2(d), when more than $10.00

1

of interest is to be disbursed [from the Court Registry], the Proposed Order shall be accompanied by a completed W-9 and filed under restricted access. See Under Local Rule 67.2(d).

The restricted document is attached and contains PVG Asset Management Corporation's taxpayer identification number.

WHEREFORE, Judgment Creditors' respectfully request the Court determine PVG Asset Management Corporation's W-9 attachment to the Proposed Order Directing Disbursement of Funds from Court's Registry be maintained at a Level 2 restriction limiting the access to the filing parties and the court.

Respectfully submitted this 6th day of February, 2025.

*s/ Stephen E. Csajaghy*
Stephen E. Csajaghy
Condit Csajaghy LLC
695 S. Colorado Blvd., Suite 270
Denver, CO 80246
Telephone: 720-287-6602
Fax: 720-287-6605
E-Mail: steve@cclawcolorado.com

*Attorney for Defendants/Counter Claimants/ Judgment Creditors Patrick S. Adams, Sharon E. Adams, Sinh T. Ly, Richard J. Prati, Sr., Choice Investment Management, LLC, Choice Capital Management, LLC, CIM Securities, LLC and PVG Asset Management Corporation*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 6th day of February, 2025, I served the foregoing **DEFENDANTS/JUDGMENT CREDITORS' MOTION TO FILE RESTRICTED DOCUMENT** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| James Nicholas Thomaidis | Jeffrey R. Thomas |
| Gersh & Thomaidis, LLC | Thomas Law LLC |
| 1860 Blake Street, Suite 610 | 3773 Cherry Creek North Dr, Suite 600 |
| Denver, CO 80202 | Denver, CO 80209 |
| jt@gtattorneys.com | jthomas@thomaslawllc.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant John Alan Favre* |

                                                 *s/Trish Schart*